MDR

1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

9

David Joseph Lopez,           )    No. CV 06-2837-PCT-FJM (LOA)
                               )

10

        Plaintiff,         )    **ORDER**
                               )

11

vs.                            )
                               )

12

Tom Sheahan, Mohave Co. Sheriff, et al.,)
                               )

13

                               )

14

        Defendants.     )

15

16        Plaintiff David Joseph Lopez, who is confined in the Arizona State Prison Complex

17 in Florence, Arizona, has filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983.

18 Plaintiff has not paid the $350.00 civil action filing fee or filed a proper Application to

19 Proceed *In Forma Pauperis*.  The Court will give Plaintiff 30 days to pay the fee or file a

20 completed Application to Proceed *In Forma Pauperis*.

21 **I.    Payment of Filing Fee**

22        When bringing an action, a prisoner must either pay the $350.00 filing fee in a lump

23 sum or, if granted the privilege of proceeding *in forma pauperis*, pay the fee incrementally

24 as set forth in 28 U.S.C. § 1915(b)(1).  An application to proceed *in forma pauperis* requires

25 an affidavit of indigence and a *certified* copy of the inmate's trust account statement for the

26 six months preceding the filing of the Complaint.  28 U.S.C. § 1915(a)(2).  An inmate must

27 submit statements from each institution where he was confined during the six-month period.

28

JDDL

1    Id. To assist prisoners in meeting these requirements, the Court requires use of a form

2    application. LRCiv 3.4(a).

3        If a prisoner is granted leave to proceed *in forma pauperis*, the Court will assess an

4    initial partial filing fee of 20% of either the average monthly deposits or the average monthly

5    balance in Plaintiff's account, whichever is greater. 28 U.S.C. § 1915(b)(1). An initial

6    partial filing fee will only be collected when funds exist. 28 U.S.C. § 1915(b)(4). The

7    balance of the fee will be collected in monthly payments of 20% of the preceding month's

8    income credited to an inmate's account, each time the amount in the account exceeds $10.00.

9    28 U.S.C. § 1915(b)(2).

10   **II.    Application Fails to Comply With Statute**

11       Plaintiff has used the court-approved form, but has not submitted a certified six-month

12   trust account statement. Although Plaintiff attached a printout of his inmate bank account

13   statement to his Application to Proceed *In Forma Pauperis*, the printout is not certified by

14   an authorized officer of the institution and does not show deposits and average monthly

15   balances, as required.

16       **The Arizona Department of Corrections (ADOC) has notified the Court that a**

17   **certified trust fund account statement showing deposits and average monthly balances**

18   **is available from the ADOC's Central Office.**

19       Accordingly, Plaintiff's Application to Proceed will be denied without prejudice and

20   Plaintiff will be given 30 days to submit a new Application to Proceed, using the form

21   included with this Order, and a certified copy of his trust fund account statement **from the**

22   **ADOC's Central Office** for the six months immediately preceding the filing of the

23   Complaint.

24   **III.   Warnings**

25       **A.    Address Changes**

26       Plaintiff must file and serve a notice of a change of address in accordance with Rule

27   83.3(d) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other

28

relief with a notice of change of address.  Failure to comply may result in dismissal of this action.

**B.    Copies**

Plaintiff must submit an additional copy of every filing for use by the Court.  <u>See</u> LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice to Plaintiff.

**C.    Possible Dismissal**

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice.  <u>See</u> <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)    Plaintiff's Application to Proceed *In Forma Pauperis*, filed with the Complaint, is **denied without prejudice**.

(2)    Within 30 days of the date this Order is filed, Plaintiff must either pay the $350.00 filing fee **or** file a completed Application to Proceed *In Forma Pauperis* and a certified six-month trust account statement.

(3)    If Plaintiff fails to either pay the $350.00 filing fee or file a completed Application to Proceed *In Forma Pauperis* within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

1      (4)      The Clerk of the Court must mail Plaintiff a court-approved form for filing

2     an Application to Proceed *In Forma Pauperis* (Non-Habeas).

3            DATED this 13th day of December, 2006.

_Frederick J. Martone_

          Frederick J. Martone
      United States District Judge