**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| David Joseph Lopez, | ) | No. CV-06-2837-PCT-FJM (LOA) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Tom Sheahan, et al., | ) | |
| Defendants. | ) | |

This matter arises on Plaintiff's Motion for Production of Documents pursuant to Rule 35, FRCvP. (docket # 25) Plaintiff alleges that Defendant Sheahan failed to notice or deliberately ignored the actions of his officers, allowed a hostile environment, and placed inmates, including Plaintiff, in harm by not having adequate smoke alarms and water sprinklers in every facility. Plaintiff additionally alleges that he has sustained psychological and physical abuse by the other Defendants.

As stated in the Scheduling Order, Plaintiff may submit up to ten discovery requests upon the Defendants. (docket #19) If the Defendants do not comply with the discovery requests within the time allowed in the Scheduling Order and Rule 35 and Plaintiff has complied with LRCiv 7.2(j), Plaintiff may file a Motion to Compel Production of Documents with the Court. Upon the Defendants response to the Plaintiff's motion, the Court will rule on the items requested by the Plaintiff.

In accordance with the foregoing,

1         IT IS HEREBY ORDERED that Plaintiff's Motion for Production of Documents
2  (docket # 25) is **DENIED** without prejudice as this request should be served on the parties, not
3  on the Court.
4         IT IS FURTHER ORDERED that the Clerk of Court strike this as a discovery
5  request as this request should be served on the parties, not on the Court.
6         DATED this 3rd day of July, 2007.

                                                  Lawrence O. Anderson
                                                  United States Magistrate Judge