**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Joseph Lopez, ) | No. CV- 06-2837 PCT-FJM (LOA) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Tom Sheahan, et al., ) | |
| Defendants. ) | |

     This matter arises on Plaintiff's Motion for Requests for Admissions. (docket # 26) This is a discovery request and should be served on the parties not on the Court.

     Although Federal Rule of Civil Procedure 36 does not limit the number of requests for admissions, the Scheduling Order in this matter limits the number of request for admissions to no more than ten (10) such requests addressed to each party. (docket #19) Plaintiff has requested eleven admissions. (docket #26) If Plaintiff is requesting an increase in the number of requests for admissions, he must state that in a different motion to the Court.

     Accordingly,

     IT IS HEREBY ORDERED that Plaintiff's Motion for Requests for Admissions (docket # 26) is **DENIED** without prejudice.

/ / /

/ / /

/ / /

1  IT IS FURTHER ORDERED that the Clerk of Court strike this motion as it is a
2  discovery request that Plaintiff should serve on the parties, not on the Court.
3  DATED this 3rd day of July, 2007.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

- 2 -